X FILED ___ LODGED
___ RECEIVED ___ COPY

OCT 0 5 2000

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Robert Bouchard, | CIV 99 1836 PHX JWS |
| Plaintiff, | **ORDER** |
| vs. | |
| Macayo Mexican Restaurants, Inc., Arizona Corporation; Macayo Restaurants, LLC, | |
| Defendants. | |

Plaintiff Robert Bouchard and Defendants Macayo Mexican Restaurants, Inc., Arizona Corporation and Macayo Restaurants, LLC, having advised the Court that they have reached a settlement of this matter by filing a Stipulation to that effect, and good cause appearing,

IT IS HEREBY ORDERED that this matter is dismissed with prejudice, with all parties to bear their own attorneys' fees and costs.

DATED this ___ day of _____, 2000.

John W. Sedwick, Judge

277584 01